UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRCT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| In Re: | * | |
|    Viviana Julia Fernandez | * | Case No. 15-58446-wlh |
|       Debtor(s) | * | |
| | * | Chapter 13 |
| | * | |

NOTICE OF ASSIGNMENT OF HEARING ON DEBTOR'S
MOTION TO SET ASIDE DISMISAL

    PLEASE TAKE NOTICE that the Debtor has filed a Motion to Set Aside Dismissal and related papers with the Court seeking an Order granting such.
    *PLEASE TAKE FURTHER NOTICE that the Court will hold a hearing on the Motion in Courtroom 1403, United States Courthouse, 75 Spring St, SW, Atlanta, GA at 9:30 am on September 9, 2015,*
    Your rights may be affected by the court's ruling on these pleadings. You should read these pleadings carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.) If you do not want the Court to grant the relief sought in these pleadings or if you want the Court to consider your views, then you and/or your attorney must attend the hearing. You may also file a written response to the pleading with the Clerk at the address stated below, but you are not required to do so. If you file a written response, you must attach a certificate stating when, how and on whom (including addresses) you served the response. Mail or deliver your response so that the Clerk receives it at least two business days before the hearing. The address of the Clerk's Office is: Clerk, U.S. Bankruptcy Court, Room 1340, 75 Spring Street, SW; Atlanta, GA 30303..  You must also mail a copy of your response to the undersigned at the address stated below.

    Dated this 25th day of August, 2015.

C. Golden and Associates, LLC
Attorneys for Debtor

By
\_\_\_/s/_____
Khristie L Kelly, GA Bar 412755
5353 Fairington Rd., Suite C
Lithonia, GA 30038
kkelly@goldenbk.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRCT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| In Re: | * | |
| Viviana Julia Fernandez | * | Case No. 15-58446-wlh |
| Debtor(s) | * | |
| | * | Chapter 13 |
| | * | |

## MOTION TO SET ASIDE DISMISSAL

COMES NOW DEBTOR, Viviana Julia Fernandez, in the above-styled Chapter 13 case, by and through counsel, file this "Motion to Set Aside Dismissal", stating unto this Honorable Court the following:

1.

Debtor filed for relief in this Chapter 13 case on May 4, 2015.

2.

The confirmation hearing was July 22, 2015.  At the confirmation hearing the case was placed on Ten (10) day Status for the Debtor to notice the Homeowners Association creditor.

3.

The debtor provided information to Debtor's counsel.  Debtor's counsel provided proof of payment to the Home Owner's Association to the Chapter 13 Trustee; however, due to a miscommunication failed to formerly serve notice of the bankruptcy on the Home Owner's Association.

4.

Counsel for the Chapter 13 trustee filed a supplemental request for Dismissal (Doc. No. 21) requesting dismissal because the Status requirements had not been satisfied in that the Home Owner's Associate had not been formerly noticed.

5.

On August 13, 2015, the Court dismissed the above styled case. Debtor and Debtor's counsel believe that this case will be confirmable posture by the reset confirmation date and that it is in the best interest of the Debtor, creditors and the estate for this dismissal to be set aside, and the case be reinstated.

WHEREFORE, Debtor prays:

(a)     that this Motion be filed, read and considered;

(b)     that this Court vacate its order which dismissed the above styled Chapter 13 case;

(c)     that this Court reinstate the above-styled Chapter 13 case;

(d)     that this Court re-appoint the Chapter 13 Trustee; and,

(e)     that this Court grant such other and further relief as it deems just and proper.

Respectfully submitted this 25th day of August, 2015.

C. Golden and Associates, LLC
Attorneys for Debtor(s)
 /s/  Khrisite L. Kelly
Khristie L. Kelly, GA Bar 412755
5353 Fairington Rd. Ste C
Lithonia, GA 30038
Phone 770-220-7220
kkelly@goldenbk.com

# Certificate of Service

      I certify that I have this date served the following parties with a copy of the within and foregoing Notice of Hearing and Motion To Set Aside Dismissal by Placing a true copy of same in the United States Mail with adequate postage affixed thereto to insure delivery, addressed to:

Viviana Julia Fernandez
2923 Newtons Crest Circle
Snellville, GA 30078

Nancy J. Whaley, Chapter 13 Trustee
303 Peachtree Center Ave NE
Suite 120
Atlanta, GA 30303

And all interested parties on the attached matrix.

      Respectfully submitted this 25th day of August, 2015.

      C. Golden and Associates, LLC

      Attorneys for Debtor

      /s/  Khrisite L. Kelly

      Khrisstie L. Kelly, GA Bar 412755

      5353 Fairington Rd. Ste C

      Lithonia, GA 30038

      Phone 770-220-7220

      kkelly@goldenbk.com

```
Label Matrix for local noticing        AR Resources Inc                       Cavalry Portfolio Serv
113E-1                                 1777 Sentry Pkwy W                     Po Box 27288
Case 15-58446-wlh                      Blue Bell, PA 19422-2206               Tempe, AZ 85285-7288
Northern District of Georgia
Atlanta
Tue Aug 25 11:19:10 EDT 2015

Cavalry SPV I, LLC                     CitiMortgage, Inc.                     Citimortgage Inc
500 Summit Lake Drive, Ste 400         P.O. Box 6030                          Po Box 9438
Valhalla, NY 10595-1340                Sioux Falls, SD 57117-6030             Gaithersburg, MD 20898-9438



Viviana Julia Fernandez                (p)FIDELITY INFORMATION CORPORATION    Homeward Residential
2923 Newton's Crest Circle             PO BOX 3963                            1525 S Belt Line Rd
Snellville, GA 30078-6944              GLENDALE CA 91221-0963                 Coppell, TX 75019-4913



Stanley J. Kakol Jr.                   Old Republic Insurance Company         The Bureaus Inc
C. Golden & Associates                 c/o Republic Equity Credit Services    1717 Central St
Suite C                                15th Floor                             Evanston, IL 60201-1507
5353 Fairington Road                   307 N Michigan
Lithonia, GA 30038-1164                Chicago IL 60601-5405

Nancy J. Whaley                        Ryan J. Williams
Nancy J. Whaley, 13 Trustee            Nancy J. Whaley
Suite 120                              Standing Chapter 13 Trustee
303 Peachtree Center Avenue            303 Peachtree Center Avenue
Atlanta, GA 30303-1286                 Suite 120
                                       Atlanta, GA 30303-1286
```

            The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
            by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


```
Fidelity Info Corp                     End of Label Matrix
Po Box 100                             Mailable recipients    13
Pacific Palisades, CA 90272            Bypassed recipients     0
                                       Total                  13
```