**IT IS ORDERED as set forth below:**

**Date: September 25, 2015**

_____
**Wendy L. Hagenau
U.S. Bankruptcy Court Judge**

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRCT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| In Re: | * | |
|    Viviana Julia Fernandez | * | Case No. 15-58446-wlh |
|    Debtor(s) | * | |
| | * | Chapter 13 |

## ORDER

Debtor filed a Motion to Set Aside Dismissal on August 25, 2015 (Doc. No. 24) (the "Motion") requesting an order vacating the dismissal and reinstating Debtor's Chapter 13 case. Upon notice, the Motion was set for hearing at 9:30 AM on September 9, 2015. Present at the call of the calendar were Counsel for the Debtor and Counsel for the Chapter 13 Trustee. There being no opposition regarding this matter, accordingly it is hereby:

**IT IS HEREBY ORDERED** that the Debtor's Motion to Set Aside Dismissal is **GRANTED**. The dismissal in the above-styled case is hereby vacated and the automatic stay re-imposed.

**IT IS FURTHER ORDERED** that confirmation is reset to November 4, 2015; 1:45 p.m.

Courtroom 1403; 75 Ted Turner Drive S.W.; Atlanta, GA 30303

    The Clerk of Court is directed to serve a copy of this Order to all parties on the Distribution List.

END OF DOCUMENT

Order Submitted by:

    \_\_\_\_\_/s/_____
    Khristie L. Kelly, GA Bar No. 412755
    Attorney for Debtor
    C. Golden & Associates, LLC
    5353 Fairington Rd., Suite C
    Lithonia, GA 30038 (770) 220-7220

No Opposition / Reviewed by:

    \_\_\_/s/ with express permission_____
    Ryan Williams, GA Bar No. 940874
    Office of Nancy J. Whaley
    Chapter 13 Trustee
    303 Peachtree Center Ave; Suite 120
    Atlanta, GA 30303
    (678) 992-1201

**DISTRIBUTION LIST**

C. Golden and Associates, LLC
5353 Fairington Rd. Ste. C
Lithonia, GA 30038

Viviana Julia Fernandez
2923 Newtons Crest Circle
Snellville, GA 30078

Nancy J. Whaley, Chapter 13 Trustee
303 Peachtree Center Ave NE
Suite 120
Atlanta, GA 30303

Ar Resources Inc
1777 Sentry Pkwy W
Blue Bell, PA 19422-2206

Cavalry Portfolio Serv
PO Box 27288
Tempe, AZ 85285-7288

Cavalry SPV I, LLC
500 Summit Lake Drive, Ste 400
Valhalla, NY 10595-1340

CitiMortgage, Inc.
P.O. Box 6030
Sioux Falls, SD 57117-6030

Citimortgage Inc
Po Box 9438
Gaithersburg, MD 20898-9438

Fidelity Information Corporation
PO Box 3963
Glendale CA 91221-0963

Homeward Residential
1525 S Belt Line Rd
Coppell, TX 75019-4913

Old Republic Insurance Company
c/o Republic Equity Credit Services
307 N Michigan 15th Floor
Chicago IL 60601-5405

The Bureaus Inc
1717 Central St
Evanston, IL 60201